UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE;                                                                    Bankruptcy No. 08-19842

MARSHA WOULDFOLK,                                           Chapter 13
    DEBTOR                                                            Judge Pamela Hollis

MOTION FOR DISMISSAL

    Now comes Universal Lenders, Inc. by and through its attorney, Clay Mosberg, and moves the court to dismiss the Chapter 13 case of Marsha Wouldfolk, based upon the following:

1. That Universal Lenders, Inc. Is a secured creditor holding a mortgage lien on the residence owned by the Debtor, Marsha Wouldfolk.

2. That the plan confirmed by this court provided that the trustee was to be the disbursing agent for the monthly payment due to Universal Lenders, Inc.

3. That on October 6, 2008, an order was entered providing that the debtor was to be the disbursing agent for payments due to Universal lenders Inc.

4. That payments ceased being made to Universal lenders, Inc in March, 2009.

5. That the Debtor has failed to pay for the 6 months from March, 2009, through August, 2009, at $332.40 per month for a post petition arrearage of $1994.40.

6. That Sec. 1307 (6) of the Bankruptcy Code allows for the dismissal of a case due to a material default by the debtor with respect to a term of a confirmed plan.

    WHEREFORE, UNIVERSAL LENDERS, INC. requests that this court dismiss the Chapter 13 case filed by Marsha Wouldfolk.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

                              UNIVERSAL LENDERS, INC.


                            By; /S/ CLAY MOSBERG
                            Clay Mosberg, attorney


Clay Mosberg
1954 Woodland
Arlington Heights, Il. 60004
847-222-1180
ARDC NO 1972316