United States Bankruptcy Court
for the Northern District of Illinois, Eastern Division

IN RE:  Wouldfolk, Marsha Y          )          Case No.  08 B 19842
                                     )          Judge  Pamela S. Hollis

## NOTICE OF MOTION

Debtor Attorney:

Jennifer A Blanc Douge
60 W Madison
Oak Park, IL  60302

Marsha Y. Wouldfolk
1759 N Mobile
Chicago, IL  60639

Mail

Mail

On September 14, 2009 at 9:00 AM, I will appear at the location listed to the right, and present this motion.

> Courtroom 644
> 219 S Dearborn St
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this Notice to be delivered to the persons named above by the methods indicated on or before Friday, August 21, 2009

/s/ MARILYN O. MARSHALL
for MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss for Failure to Make Payments

Now comes Marilyn O. Marshall, Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 [c] [6], stating:

On July 31, 2008, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on October 6, 2008, for a term of 60 months with payments of $774.38

| The status of debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default | Next Pymt Due |
|---|---|---|---|---|---|
| | 11 | $5,942.00 | $2,420.00 | $3,522.00 | 08/30/09 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 08/20/09
Due each Month: $774.38

| Date | Ref Num | Amount | Source | Date | Ref Num | Amount | Source |
|---|---|---|---|---|---|---|---|
| 07/10/09 | 16984469463 | $400.00 | Debtor MO | | | | |
| 04/14/09 | 208619 | $600.00 | Debtor | | | | |
| 04/14/09 | 208620 | $250.00 | Debtor | | | | |
| 01/15/09 | 200901 | $400.00 | Debtor | | | | |
| 11/10/08 | 16607028104 | $350.00 | Debtor | | | | |
| 09/08/08 | 08677230944 | $420.00 | Debtor | | | | |

WHEREFORE, the Trustee prays that this case be dismissed.

/s/ MARILYN O. MARSHALL
for MARILYN O. MARSHALL, TRUSTEE